# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

FILED
NOV 2 0 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

KEENAN H. MEADORS
_____
Plaintiff(s)

vs.

(1) DEBORAH GIST, (2) CHIEF MATHIAS WICKS, (3) CHIEF RUBLES, (4) TULSA PUBLIC SCHOOLS, BOARD OF EDUCATION FOR (5) TULSA PUBLIC SCHOOLS
Defendant(s)

Case Number: **20 CV - 595 CVE - JFJ**

## COMPLAINT - EEOC

Comes now the Plaintiff, KEENAN H. MEADORS and for his/her claim against the Defendant(s), TULSA PUBLIC SCHOOLS BOARD OF EDUCATION CHIEF RUBLES, DEBORAH GIST, CHIEF MATHIAS (MATTHEW) WICKS, TULSA PUBLIC SCHOOLS states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) __BLACK__ __MALE__ who resides at
   (Race)      (Sex)
   __619 EAST MOHAWK BLVD TULSA, OK 74106__
   (Complete address)

3. The Defendant __TULSA PUBLIC SCHOOLS__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   __3027 SOUTH NEW HAVEN AVENUE TULSA OK 74114__

   (Note: 3a-3f to be used if there is more than one defendant.)

3a. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_____

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
_____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

Complaint    1    CV-96 (12/05)

*[handwritten note: 1 Summons Fees pd]*

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

4. On or about __APRIL 23__, __2019__, defendant(s)
    (Month/day)        (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

DISCHARGE FROM EMPLOYMENT WAS RETALIATORY FROM A COMPLAINT I MADE FEB 2017 INVOLVING CHIEF ROBERT SWAIN AND DEPUTY CHIEF MATHIAS WICKS CONCERNING INAPPROPRIATE PRECIEVED ACTIVITY OF SWAIN AND WICKS WITH 2 DISPATCHERS WHICH FORCED HEAVY UNEQUAL WORK LOAD ON A SINGLE DISPATCHER. I WAS TERMINATED BUT REHIRED UPON APPEAL TO THE BOARD OF EDUCATION MINUS MY SERGEANT STRIPS. I REFUSED AN EMBRACE (HUG) BY DEBORAH GIST AT AN EVENT AT MCLAIN HIGH

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

ON APRIL 23, 2019 I WAS SERVED TERMINATION NOTICE BY FALSE REASON OF REORGANIZATION OF THE POLICE DEPT/SECURITY DEPT. I, THE OLDEST TO APPLY, WAS THE ONLY POLICE OFFICER TO BE REFUSED REHIRE.

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) REHIRE, BACK PAY, PAIN AND SUFFERING DAMAGES, LEGAL EXPENSE RETIREMENT BROUGHT TO DATE OF REHIRE AND PUNITIVE DAMAGES.

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

_K. Meadors_
Signature

_619 EAST MOHAWK BLVD_
Address

_TULSA_          _OK_   _74106_
City              State  ZIP

_918 637 0749_
Telephone

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>564-2019-01364 |
|---|---|---|

Oklahoma Attorney General's Office, Office of CR Enforcement ___ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Keenan Meadors | Home Phone (Incl. Area Code)<br>(918) 425-2138 | Date of Birth<br>1953 |
|---|---|---|

Street Address: P.O. Box 6394, Tulsa, OK 74148

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>TULSA PUBLIC SCHOOLS | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(918) 746-6800 |
|---|---|---|

Street Address: 3027 S. NEW HAVEN AVENUE TULSA, OK 74114, Tulsa, OK 74114

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-23-2019   Latest: 06-13-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was retaliated against in my position of Police Officer for a complaint I made in about February 2017 against my Supervisor at that time Chief of Police Robert Swain and Deputy Chief Matthias Wicks. My complaint was about possible sexual relationships with female Dispatchers my Supervisors had resulting in a single female Dispatcher doing the work alone. I believe that I was retaliated against by Debra Gist, Superintendent because I rejected her embrace when I did not embrace her back.

On about April 23, 2019 I was served notice that all Police Officers and Security Officers were to be terminated and need to reapply for re-employment as part of a reorganization. I reapplied as expected, I was the only Police Officer not rehired. My employment ended on about June 13, 2019. Other younger male and female co-workers were rehired. Other employees hired are not CLEET certified.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02 07 2020  *Keenan Meadors*
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

*Keenan Meadors*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 02 07 2020

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than **2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Keenan Meadors<br>P.O. Box 6394<br>Tulsa, OK 74148 | From: | Oklahoma City Area Office<br>215 Dean A. McGee Avenue<br>Suite 524<br>Oklahoma City, OK 73102 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 564-2019-01364 | Marilyn S. Koshiway,<br>Investigator | (405) 231-4359 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

ADRIAN MCDANIEL    8-27-2020

Enclosures(s)    For: Holly . Waldron Cole,    *(Date Mailed)*
Area Office Director

cc: Debra Gist
Superintendent
TULSA PUBLIC SCHOOLS
3027 S. NEW HAVEN AVENUE TULSA, OK 74114
Tulsa, OK 74114

Lauren Lambright
SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 564-2019-01364 |

Oklahoma Attorney General's Office, Office of CR Enforcement   and EEOC
*State or local Agency, if any*

II. The reason for denial of re-hire by Carlos Lopez, Director of Talent Strategy stating "I can tell you that the decision making process included review of your past job evaluations, job skills and qualifications to perform the work of the new role".

III. I believe that I have been discriminated against due to Retaliation, Sex, Male in violation of Title VII of the Civil Rights Act of 1964, as amended and due to my Age, 65 yrs. in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEO
OKLAHOMA CITY AREA OFFICE
2020 FEB 10 AM 10: 38

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Keenon Meadors* |
| 02 07 2020   *Keenon Meadors*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 02-07 2020 |