## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Keenan H. Meadors, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-595-JDR-SH |
| v. | ) | |
| | ) | |
| Independent School District No. 1 of | ) | |
| Tulsa County, Oklahoma, | ) | |
| | ) | |
| Defendant. | ) | |

### SETTLEMENT CONFERENCE STATEMENT

On March 25, 2026, a Settlement Conference was held in the captioned matter.

X     The litigation was settled.

By **April 20, 2026**, Plaintiff and Defendant shall file a Motion to Enter Agreed Judgment and submit to CM/ECF intake a proposed Agreed Judgment.

Dated this 26th day of March, 2026.

*Christine D. Little*

Christine D. Little
United States Magistrate Judge