**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KEENAN H. MEADORS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 20-CV-595-JDR-SH** |
| | ) | |
| **INDEPENDENT SCHOOL** | ) | |
| **DISTRICT NO. 1 OF TULSA** | ) | |
| **COUNTY, OKLAHOMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT MOTION TO ENTER AGREED JUDGMENT

Plaintiff Keenan H. Meadors ("Meadors") and Defendant Independent School District No. 1 of Tulsa County, Oklahoma ("Tulsa School District" or "District"), jointly move this Court for the entry of an agreed judgment. In support of this joint motion, the parties state as follows:

1. The parties have reached an agreement to settle this litigation.

2. As part of their settlement agreement, the parties have agreed to jointly request entry of an agreed judgment in favor of Meadors and against the Tulsa School District in the amount of $233,598.17, to be paid by the District in the manner required under Oklahoma law for the payment of judgments against school districts.

3. As required by OKLA. STAT. tit. 62, § 362, evidence concerning the District's financial status is attached in the form of an affidavit from the treasurer of the District labeled as Exhibit 1.

4. The parties have agreed that the judgment shall not be due and payable until May 15, 2026, and that no post-judgment interest shall accrue on the judgment between the date of its entry and May 15, 2026, provided that the judgment is paid in full on or before May 15, 2026.

5. Upon payment of the judgment in full, Meadors has agreed to promptly file a release and satisfaction of judgment with the Court.

6.    A proposed Agreed Judgment has been submitted contemporaneously with this Joint Motion.

**WHEREFORE**, the parties respectfully request that the Court enter judgment in accordance herewith.

Respectfully submitted,

| | |
|---|---|
| *s/* Stanley D. Monroe | *s/* Eric D. Wade |
| **Stanley D. Monroe, OBA #6305** | **Frederick J. Hegenbart, OBA #10846** |
| *STANLEY D. MONROE, P.C.* | **Eric D. Wade, OBA # 19249** |
| **P.O. Box 52827** | **Rhiannon K. Thoreson, OBA #22748** |
| **Tulsa, OK 74152** | **ROSENSTEIN FIST & RINGOLD** |
| **(918) 592-1144 *Telephone*** | **525 S. Main, Suite 700** |
| **(918) 592-1149 *Facsimile*** | **Tulsa, OK 74103** |
| **stan@sdmonroe.com** | **(918) 585-9211 – telephone** |
| | **(918) 583-5617 – facsimile** |
| **Attorney for Plaintiff** | **fredh@rfrlaw.com** |
| **Keenan H. Meadors** | **ericw@rfrlaw.com** |
| | **rthoreson@rfrlaw.com** |
| | |
| | **Attorneys for Defendant** |
| | **Tulsa School District** |

2